UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

BARRY BORIS BERLER,

Plaintiff,

Vs.

CITY OF AVENTURA POLICE DEPARTMENT,

CITY OF AVENTURA, TERRY SCOTT, individually

and  JOSEPH CRAIG, individually,

Defendants.

-------------------------------------------------------------------------/

## COMPLAINT

COMES NOW the Plaintiff, BARRY BORIS BERLER (hereinafter referred to alternatively as "BERLER" and/or Plaintiff) and sues the Defendants, CITY OF AVENTURA POLICE DEPARTMENT (hereinafter referred to as "AVENTURA PD"), the CITY OF AVENTURA (hereinafter referred to as "AVENTURA"), TERRY SCOTT (hereinafter referred to as "SCOTT") and JOSEPH CRAIG (hereinafter referred to as "CRAIG") and alleges as follows:

## PRELIMINARY ALLEGATIONS

## (PARTIES, JURISDICTION AND VENUE)

1.  This is an action for damages arising from the malicious prosecution and related violation of the Plaintiff's civil rights arising from the improper arrest, detention and criminal prosecution of the Plaintiff by the Defendants.

2.  At all times material hereto the Plaintiff, BERLER, is a natural person, sui juris, domiciled and residing in Huntingdon Valley, Montgomery County, Pennsylvania.

3.  At all times material hereto the Defendant, AVENTURA PD, is a municipal police department, conducting law enforcement activities within the City of Aventura, Miami-Dade County, Florida

4.  At all times material hereto the Defendant AVENTURA is a municipality whose governing officials, city hall, offices, officers and officials and staff are located and carry out official business in Aventura, Miami-Dade County, Florida.

5. At all times material hereto the Defendant, SCOTT, is a natural person, sui juris, and believed to be domiciled and residing in Miami-Dade County and/or South Florida.  Defendant, SCOTT was employed by the  Defendants, AVENTURA PD and/or AVENTURA.  Defendant SCOTT is joined herein in his personal capacity as  a result of the improper actions and violations complained of herein.

6.  At all times material hereto  the Defendant, CRAIG, is a natural person, sui juris, and believed to be domiciled and residing in Miami-Dade County and/or South Florida.  Defendant, CRAIG was employed by the  Defendants, AVENTURA PD and/or AVENTURA.  Defendant, CRAIG is joined herein in his personal capacity as  a result of the improper actions and violations complained of herein.

7.  This Court has original subject matter jurisdiction based upon the diversity of jurisdiction requirements set forth within 28 USC § 1332 (a) (1), as well as having jurisdiction for the claims brought for violation of the Plaintiff's civil rights under 42 USC § 1983.

8. With respect to the requirements set forth in 28 USC § 1332 (a) (1), there is a complete diversity of citizenship of the parties and further the Plaintiff, BERLER has suffered compensable injuries and seeks damages in excess of the sum of $75,000.00.

9.  Venue is proper in the United States District Court for the Southern District of Florida in that the acts complained of have occurred in Miami-Dade County, Florida and further that the Defendants, AVENTURA PD and AVENTURA are municipal law enforcement agency and a municipality, respectively, located and headquartered in Miami-Dade County, Florida. In addition, the Defendants, SCOTT and CRAIG are believed to reside in Miami-Dade County, Florida, or other counties or parts of the Southern District of Florida.

10.  At all times material hereto, the Plaintiff duly, properly and timely provided written notice of his claim(s) by way of certified letter to the City of Aventura, with copies to Florida Department of Insurance and Defendant, AVENTURA's City Clerk and City Manager. The subject notice was provided in accordance with the dictates and requirements of Florida Statute 768.28 and was received by the recipients. The claim was effectively denied and the demand set forth therein rejected. A true and correct copy of the Plaintiff's "Notice of Claim" is attached hereto as Exhibit "A".

11. Any and all other conditions precedent to bringing this action have occurred or have otherwise been excused or waived by the Defendants.

FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

12. On January 22, 2014, the Plaintiff, BERLER, along with his wife, Sally Berler, appeared at the City of Aventura's Police Department to enlist the assistance of Defendant, AVENTURA's police department and its staff to locate a missing relative.

13. The Plaintiff, BERLER and his wife were attempting to determine the whereabouts of the Plaintiff's sister in law (Tziona Ben Aharon), whose last known address was within the City of Aventura, and who is now deceased. The Plaintiff sought the assistance of the Aventura Police Department at the suggestion of the Hallandale Police Department, as the Plaintiff was staying in Hallandale and initially contacted the Hallandale Police Department.

14. After waiting approximately twenty minutes to speak with an officer, Plaintiff, BERLER and his wife were escorted into an interview room. A discussion with Defendant, SCOTT ensued, with the Plaintiff and his wife providing background information in support of their missing person report. Defendant, SCOTT proceeded to make a phone call and in the wake of that phone call, informed the Plaintiff and his wife that their sister in law (Tziona Ben Aharon) was in Orlando and nothing further could be done. In addition, Plaintiff and his wife were told not to return to the Defendant, AVENTURA PD.

15. The Plaintiff, BERLER and his wife left the room and said thank you. Upon exiting the interview room with Defendant, SCOTT, with no provocation, threat or basis for any actual or perceived wrongdoing or criminal action by Plaintiff, the Plaintiff, BERLER was assaulted.

16. Without any cause or justification whatsoever, Defendant SCOTT, along with two other uniformed officers (one of which is believed to be Defendant, CRAIG), jumped the Plaintiff, delivered blows to the Plaintiff, and forcibly manhandled and mishandled the Plaintiff. Plaintiff,

BERLER was thrown to the ground and handcuffed and placed under arrest  without justification or probable cause.

17.  According to the subject arrest affidavit, Plaintiff, BERLER was charged with disorderly conduct and breach of the peace.  A copy of the subject arrest affidavit is attached as Exhibit "B".  It is notable that those charges were ultimately dismissed and no criminal offense had been adjudicated to have occurred.  See Exhibit "C".

18.  Following his arrest, the Plaintiff was held in custody at Defendant, AVENTURA PD and then transferred to the Miami Dade Correction Department at the Turner Guilford Knight Correctional Facility.  All the while, the Plaintiff and his wife advised the Defendants that Plaintiff, BERLER was diabetic and desperately needed medication. Such pleas fell on deaf ears.

19.  Upon observing the physical condition of Plaintiff, BERLER, personnel at the Department of Corrections advised the arresting offices that the Plaintiff appeared to be in need of immediate medical attention and that he should be taken to a hospital for care.  The Defendant, AVENTURA PD, via its police officers, then transported Plaintiff to the emergency room at the hospital – all the while keeping Plaintiff, BERLER, in handcuffs and severely restraining his circulation and caused him to be in great pain despite Plaintiff's lack of resistance.

20.  The medical staff admitted Plaintiff, BERLER, into the hospital and documented a litany of serious conditions and problems which were directly attributable and proximately caused by the improper conduct, false arrest, malicious prosecution, and use of excessive force and excessive restraint imposed by the Defendants.

21.  Plaintiff, BERLER, was ultimately admitted to the hospital and remained hospitalized for a period of two days while his escalated blood pressure and other serious health concerns were evaluated and treated.

22.  As a direct and proximate cause and result of the actions of the Defendants described above, the Plaintiff, BERLER suffered injuries, pain and suffering, humiliation and physical and mental anguish, as well as having incurred medical bills and expenses for medical care and treatment. Such damages well exceed the sum of $75,000.00.

23.  All conditions precedent to the bringing of this action have occurred and/or have been excused or waived by the Defendants, including but not limited to proper "Notice of Claim" pursuant to Florida Statute 768.28 having been duly and timely provided to the Defendants, as more fully appears by Exhibit "A".  In addition, a "Renewed Notice of Claim" was additionally served upon the Defendants as more fully appears by Exhibit "D".

24.  The Defendants have rejected the claim, thereby prompting the bringing of this action.

25.  The actions of the Defendants, including but not limited to improper conduct, false arrest, malicious prosecution, and use of excessive force and excessive restraint imposed by the Defendants were willful, wanton, and committed with a callous disregard of the health, safety, welfare of the Plaintiff, BERLER, and were carried out with complete and utter disregard of the life, liberty, safety, and protections afforded to the Plaintiff  under state and federal law.  As such, the Plaintiff hereby reserves the right to seek imposition of punitive damages upon the bringing of an appropriate motion and application of the Court, suitable evidentiary showings and proffers, and following leave of Court to assert such claims for punitive damages.

COUNT I – MALICIOUS PROSECUTION

(As to Defendants, CITY OF AVENTURA POLICE DEPARTMENT, CITY OF AVENTURA,

TERRY SCOTT, INDIVIDUALLY AND JOSEPH CRAIG, INDIVIDUALLY)

26.  The Plaintiff, BERLER, readopts and realleges the allegations contained in paragraphs 1

through 25 above as though more fully set forth herein.

27.  At all times material hereto, the Defendants, AVENTURA PD, AVENTURA, SCOTT and

CRAIG, caused to be commenced and/or facilitated the continuation of an original criminal

prosecution.  More specifically,  on or about January 23, 2014 the Defendants caused to be

issued and otherwise sworn out a "Complaint/Arrest Affidavit" charging the Plaintiff, BERLER,

with the crime of disorderly conduct/breach of the peace as alleged violation(s) of Florida Statute

877.03.  A true and correct copy of the "Complaint/Arrest Affidavit" is attached hereto as

Exhibit "B".

28.   The charges and allegations set forth within the "Complaint/Arrest Affidavit" were

materially false and were without basis in fact or law.

29.  As a direct and proximate cause of the Defendants having issued and otherwise sworn out

the subject "Complaint/Arrest Affidavit" appearing at Exhibit "B", the complaint and arrest

affidavit caused and otherwise resulted in the commencement and continuation of criminal

proceedings against the Plaintiff, BERLER.  The criminal proceedings were captioned, styled

and otherwise referenced as State of Florida v. Barry Berler, brought and carried out in the

Circuit  and County  Courts of the Eleventh Judicial Circuit in and for Miami, Dade-County,

Florida and assigned case number B14-4053.

30.  The criminal proceeding referenced immediately above (State v. Berler) resulted in a bona

fide termination of such original criminal proceeding in favor of the Plaintiff, BERLER –

specifically the entry of a nolle pros of the charge(s), the nolle pros having been entered by such court on April 24, 2014. A copy of the clerk's record reflecting such disposition in favor of the Plaintiff is attached hereto as Exhibit "C".

31. At all times material hereto, there was an absence and lack of probable cause for the arrest, criminal charges, and continued prosecution of the Plaintiff, BERLER. The Defendants did not have any reason(s) which would have been sufficient to create a reasonable belief that a crime had been committed, and that the Plaintiff, BERLER was duly or properly accused of and/or charged with such crime.

32. The actions of the Defendants in arresting, charging, issuing the "Complaint/Arrest Affidavit" and facilitating and supporting an ongoing prosecution of the criminal case against the Plaintiff was carried out with malice.

33. As a direct and proximate result of the malicious prosecution of the Plaintiff, BERLER, the Plaintiff suffered compensable damages and losses which include, but are not necessarily limited to, injuries, pain and suffering, humiliation and physical and mental anguish, as well as having incurred medical bills and expenses for medical care and treatment. Such damages, well exceed the sum of $75,000.00.

WHEREFORE the Plaintiff, BERLER, demands judgment against the Defendants, CITY OF AVENTURA POLICE DEPARTMENT, CITY OF AVENTURA, TERRY SCOTT, INDIVIDUALLY AND JOSEPH CRAIG, INDIVIDUALLY for damages in excess of the sum of $75,000.00, together with costs of suit and such other and further relief as this Court may deem just and proper. The Plaintiff, BERLER further demands trial by jury of all issues so triable.

COUNT II – VIOLATION OF CIVL RIGHTS; 42 U.S.C. SECTION 1983

(As to Defendants, AVENTURA PD, TERRY SCOTT, INDIVIDUALLY AND JOSEPH CRAIG, INDIVIDUALLY)

34.  The Plaintiff, BERLER, readopts and realleges the allegations contained in paragraphs 1 through 25 above as though more fully set forth herein.

35.  At all times material hereto, Defendant, AVENTURA PD is a municipal police department, conducting law enforcement activities within the City of Aventura, Miami-Dade County, Florida.

36.  At all times material hereto, Defendant, SCOTT, was employed by the Defendants, AVENTURA PD and/or AVENTURA.  Defendant SCOTT is joined herein in his personal capacity as a result of the improper actions and violations complained of herein.

37.  At all times material hereto, Defendant, CRAIG, was employed by the Defendants, AVENTURA PD and/or AVENTURA.  Defendant CRAIG is joined herein in his personal capacity as a result of the improper actions and violations complained of herein.

38.  At all times material hereto, Defendants, SCOTT and CRAIG were acting as police officers employed by the AVENTURA PD and/or AVENTURA, and as such acted under color of state law pursuant to authority possessed by such Defendants as police officers employed by such municipal, governmental and/or state agencies.

39. Defendants, SCOTT and CRAIG acted towards the Plaintiff in the manner described in the preliminary allegations (set forth within paragraphs 1 through 25 above) under color of statutes, ordinances, authority, and laws of the State of Florida.

40. At all times material hereto, the Defendants, AVENTURA PD, AVENTURA, SCOTT and CRAIG, caused to be commenced and/or facilitated the continuation of an original criminal prosecution. More specifically, on or about January 23, 2014 the Defendants caused to be issued and otherwise sworn out a "Complaint/Arrest Affidavit" charging the Plaintiff, BERLER, with the crime of disorderly conduct/breach of the peace as alleged violation(s) of Florida Statute 877.03. A true and correct copy of the "Complaint/Arrest Affidavit" is attached hereto as Exhibit "B".

41. The charges and allegations set forth within the "Complaint/Arrest Affidavit" were materially false and were without basis in fact or law.

42. As a direct and proximate cause of the Defendants having issued and otherwise sworn out the subject "Complaint/Arrest Affidavit" appearing at Exhibit "C", the complaint and arrest affidavit caused and otherwise resulted in the commencement and continuation of criminal proceedings against the Plaintiff, BERLER. The criminal proceedings were captioned, styled and otherwise referenced as State of Florida v. Barry Berler, brought and carried out in the Circuit and County Courts of the Eleventh Judicial Circuit in and for Miami, Dade-County, Florida and assigned case number B14-4053.

43. The criminal proceeding referenced immediately above (State v. Berler) resulted in a bona fide termination of such original criminal proceeding in favor of the Plaintiff, BERLER – specifically the entry of a nolle pros of the charge(s) having been entered by such court on April 24, 2014. A copy of the clerk's record reflecting such disposition in favor of the Plaintiff is attached hereto as Exhibit "C".

44. At all times material hereto, there was an absence and lack of probable cause for the arrest, charges and continued prosecution of the Plaintiff, BERLER. The Defendants did not have any reason(s) which would have been sufficient to create a reasonable belief that a crime had been committed, and that the Plaintiff, BERLER was duly or properly accused of and/or charged with such crime.

45. The actions of the Defendants in arresting, charging, issuing the "Complaint/Arrest Affidavit" and facilitating and supporting an ongoing prosecution of the criminal case against the Plaintiff was carried out with malice.

46. As a direct and proximate result of the malicious prosecution of the Plaintiff, BERLER, the Plaintiff suffered compensable damages and losses which include, but are not necessarily limited to, injuries, pain and suffering, humiliation and physical and mental anguish, as well as having incurred medical bills and expenses for medical care and treatment. Such damages well exceed the sum of $75,000.00. These damages are compensable for the violations of Plaintiff, BERLER's civil rights set forth immediately below.

47. The actions described above (paragraphs 40 – 46) constitute a malicious prosecution of the Plaintiff, BERLER. Such actions are a violation of the Plaintiff's federal right to be free from malicious prosecution and the right to be free from an unlawful seizure which is part of the prior arrest and prosecution of Plaintiff, BERLER. These actions constituted a violation of the Plaintiff's Fourth Amendment rights under the U.S. Constitution. At all times material hereto, the Plaintiff had the right to be free from unreasonable seizure, and such right was violated by the Defendants, AVENTURA PD, SCOTT and CRAIG.

WHEREFORE the Plaintiff, BERLER, demands judgment against the Defendants, CITY OF AVENTURA POLICE DEPARTMENT, TERRY SCOTT INDIVIDUALLY and JOSEPH CRAIG, INDIVIDUALLY resulting from the violation of Plaintiff's civil rights, said damages being in excess of the sum of $75,000.00, together with costs of suit and such other and further relief as this Court may deem just and proper.  The Plaintiff, BERLER further demands trial by jury of all issues so triable.

RESPECFULLY SUBMITTED BY UNDERSIGNED COUNSEL, THIS 18th DAY OF APRIL, 2018.

> LAWRENCE J. SHAPIRO & ASSOCIATES, P.A.
>
> Counsel for Plaintiff, BARRY BORIS BERLER
>
> Latitude One, Suite 1600
>
> 175 S.W. 7th Street
>
> Miami, Florida 33130
>
> Tel. (305) 379-3111
>
> E-Mail: Lshapiro@Ljsfirm.com; Pleadings@Ljsfirm.com
>
> By: _____
>
> Lawrence J. Shapiro; FBN: 079608

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 465 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.44 |

Postmark Here

Sent To _City of Aventura c/o Legal Dept_
Street, Apt. No.; or PO Box No. _19200 West County Club Dr_
City, State, ZIP+4 _Aventura, FL 33180_

PS Form 3800, August 2006          See Reverse for Instructions

LAW OFFICES
J. SHAPIRO & ASSOCIATES
PROFESSIONAL ASSOCIATION

E-Mail:LSHAPIRO@LJSFIRM.COM

January 11, 2017

VIA CERTIFIED MAIL
RETURN RECEIPT

City of Aventura
c/o Legal Department – City Attorney
19200 West Country Club Drive
Aventura, Florida 33180

## NOTICE OF CLAIM

**Re:  Pre-Suite Notification of Claim Pursuant to Florida Statute 768.28**
**Claimants:  Barry Boris Berler & Sally Berler**
**Dates of Birth for Claimants:  Barry Boris Berler ▓▓▓ & Sally Berler ▓▓▓**
**Places of Birth for Claimants:  Barry Boris Berler: Lvov, Poland (currently part of Ukraine) & Sally Berler:  Casablanca, Morrocco**
**Social Security Number for Claimants:  Barry Boris Berler: ▓63-7▓-7▓9▓ & Sally Berler: ▓70-79-33▓▓**
**Adjudicated Unpaid Claims Owed by the Claimants:  None**

Dear Sir/Madam:

PLEASE BE ADVISED,  that the undersigned attorney, working in conjunction with Steven K. Schwartz, Esq. of the Law Offices of Steven K. Schwartz, P.A. have the pleasure and privilege of serving as counsel to claimants Barry Boris Berler and Sally Berler, his wife.  Please consider this communication and the matters set forth herein as pre-suit notice of my clients' claim for personal injury damages, medical expenses and loss of consortium arising from and directly and proximately caused by the negligence and tortious conduct of officer(s) acting within their official positions and while on duty at the City of Aventura's police department as more fully described below.  This notice is provided pursuant to Florida Statute 768.28.

EXHIBIT "A"

On January 22, 2014 the claimants, Barry Boris Berler and Sally Berler appeared at the City of Aventura's police department to enlist the assistance of the City's police department and its staff to locate a missing relative. More specifically, the claimants were attempting to determine the whereabouts of Mr. Berler's sister in law (Tziona Ben Aharon), whose last known address was within the City of Aventura, and who is now deceased. The claimants sought the assistance of the Aventura Police Department at the suggestion of the Hallandale Police Department. After waiting twenty minutes to speak with an officer, the Berlers were escorted into an interview room. A discussion with Sergeant Terry Scott ensued with claimants providing background information in support of their missing persons report. Sergeant Scott proceeded to make a phone call and in the wake of that phone call, informed the claimants that there sister in law (Tziona Ben Aharon) was in Orlando and nothing further could be done. In addition, the claimants were told not to return to the Aventura Police Department.

The claimants left the room and said thank you. Upon exiting the interview with Sergeant Scott, with no provocation or basis, Mr. Barry Berler was assaulted. Without any cause or justification whatsoever, Sergeant Terry Scott, along with two other uniformed officers, jumped claimant, delivered blows and forcibly mishandled the claimant Barry Berler, and threw him to the ground and placed him under arrest and handcuffed Mr. Berler without justification or probable cause. According to the subject arrest affidavit Mr. Berler was charged with disorderly conduct and breach of the peace. It is notable that those charges were ultimately dismissed and no criminal offense had been adjudicated to have occurred.

Mrs. Sally Berler was threatened with arrest and she was horrified and bore witness to the assault and unjustified arrest of her husband. The claimants were extremely traumatized by the actions of the uniformed officers who essentially attacked claimant Barry Berler. Mr. Berler was held in custody at the City of Aventura Police Department and then transferred to the Miami-Dade Correction Department at the Turner Guilford Knight Correctional Facility. All the while, the claimants advised the Aventura Police Department via its officers that Mr. Berler was diabetic and desperately needed medication. Such pleas fell on deaf ears.

Upon observing the physical condition of claimant Barry Berler, personnel at the Department of Corrections advised the arresting officers that claimant appeared to be in need of immediate medical attention and that he should be taken to a hospital for care. The Aventura police officers then transported Mr. Berler to the emergency room at Aventura Hospital – all the while keeping Mr. Berler in handcuffs that severely restrained his circulation and caused him to be in great pain despite his lack of resistance. The medical staff admitted Mr. Berler into the hospital and documented a litany of serious conditions and problems which we believe were directly attributable and caused by the improper conduct, false arrest, excessive force and excessive restraint imposed by the City of Aventura's police department and its officers. Mr. Berler was ultimately admitted to the Aventura Hospital and remained hospitalized for a period of two days while his escalated blood pressure and other serious health concerns were evaluated and treated.

At present the total medical bills incurred by the claimant, Barry Berler are estimated to be in the sum total of Fifteen Thousand and 00/100 Dollars ($15,000.00). This figure, coupled with the pain, suffering, humiliation and physical and mental anguish sustained by the claimants yield a

claim which we value at well over the statutory maximum of Two Hundred Thousand and 00/100 Dollars ($200,000.00). In an effort to resolve this matter without resort to litigation, we have been authorized to offer a pre-suit settlement and claim demand of One Hundred Seventy Five Thousand and 00/100 Dollars ($175,000.00) in full and final settlement of these claims and in consideration of which, a General Release and appropriate and mutually acceptable settlement documents would be provided by Mr. and Mrs. Berler to the City of Aventura. This is a pre-suit demand for settlement and nothing shall be construed to limit or otherwise suggest that should litigation become necessary, this sum shall not be deemed to be a limitation of our clients' claim for damages. This pre-suit demand and settlement offer is submitted with a full reservation of all rights that the claimants may have.

Please see to it that this claim is forwarded to any insurance carrier who may provide coverage for the acts set forth above. In addition, please provide disclosure of such coverage as follows:

In accordance with Florida Statute 627.4137 (formerly F.S. 627.7264), we hereby request a sworn statement setting forth the following information with regard to each known policy of insurance including excess or umbrella insurance, which does or will provide coverage for the acts and injuries complained of, as follows:

A. The name of the insured;
B. The name of the insurer;
C. The limits of liability coverage;
D. A statement of any policy or coverage defenses which said insurer reasonably believes is available to said insurer at the time of filing said statement;
E. A copy of the policy.

By virtue of courtesy copy of this correspondence, we are further placing the Florida Department of Insurance on notice of this claim. While we recognize that the City of Aventura and/or the Department of Insurance shall have up to six months in which to respond to this notice of claim, we ask for the courtesy of a response to our notice of claim and pre-suit demand within the next sixty (60) days.

Respectfully,

Lawrence J. Shapiro

cc: Florida Dept. of Insurance

Additional Copies Furnished to:

Elisa M. Horvath, City Clerk
Eric M. Soroka, City Manager

LAW OFFICES
**LAWRENCE J. SHAPIRO & ASSOCIATES**
PROFESSIONAL ASSOCIATION

Latitude One, Suite 1600
175 S.W. 7th Street
Miami, Florida 33130
Miami-Dade Telephone: (305) 379-3111
Miami-Dade Facsimile: (305) 577-3438

January 11, 2017

VIA CERTIFIED MAIL
RETURN RECEIPT

City of Aventura
c/o Legal Department – City Attorney
19200 West Country Club Drive
Aventura, Florida 33180

**NOTICE OF CLAIM**

Re: Pre-Suite Notification of Claim Pursuant to Florida
Claimants: Barry Boris Berler & Sally Berler
Dates of Birth for Claimants: Barry Boris Berler ▉▉▉
Places of Birth for Claimants: Barry Boris Berler: Lvov
Ukraine) & Sally Berler: Casablanca, Morrocco
Social Security Number for Claimants: Barry Boris Ber
▉▉▉-▉▉-3343
Adjudicated Unpaid Claims Owed by the Claimants: N

Dear Sir/Madam:

PLEASE BE ADVISED, that the undersigned attorney, working in conjunction with Steven K. Schwartz, Esq. of the Law Offices of Steven K. Schwartz, P.A. have the pleasure and privilege of serving as counsel to claimants Barry Boris Berler and Sally Berler, his wife. Please consider this communication and the matters set forth herein as pre-suit notice of my clients' claim for personal injury damages, medical expenses and loss of consortium arising from and directly and proximately caused by the negligence and tortious conduct of officer(s) acting within their official positions and while on duty at the City of Aventura's police department as more fully described below. This notice is provided pursuant to Florida Statute 768.28.



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Florida Office of Insurance
Regulation
200 East Gaines St
Tallahassee FL 32399

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Austin Clark ☐ Agent ☐ Addressee

B. Received by: Willis Clark
TALLAHASSEE, FL 32399-0317

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail ☐ Priority Mail Express
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7010 1060 0001 2305 2158

PS Form 3811, July 2013    Domestic Return Receipt

---

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $ .10

Certified Fee 3.30

Return Receipt Fee
(Endorsement Required) 2.70

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $ 7.00

Sent To Florida Office of Insurance
Street, Apt. No.; or PO Box No. 200 East Gaines St.
City, State, ZIP+4 Tallahassee FL 32399

PS Form 3800, August 2006    See Reverse for Instructions

7010 1060 0001 2305 2158

---

Lawrence J. Shapiro &
Latitude One, Suite 1
175 S.W. 7th Street
Miami, Florida 3313

---

CERTIFIED MAIL

7010 1060 0001 2305 2158

---

PITNEY BOWES
UNITED STATES POSTAGE
$007.00°
02 1P
0000702050 FEB 28 2017
MAILED FROM ZIP CODE 33133

---

Lawrence J. Shapiro & Assoc., P.A.
Latitude One, Suite 1600
175 S.W. 7th Street
Miami, Florida 33130

City of Aventura
Attn: Legal Department – City Attorney
19200 West Country Club Drive
Aventura, Florida 33180

**CERTIFIED MAIL**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Florida Office of Insurance
Regulation
200 East Gaines St
Tallahassee FL 32399

2. Article Number
   *(Transfer from service label)*   7010 1060 0001 2305 2158

PS Form 3811, July 2013        Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

City of Aventura
Attn: Legal Dept
19200 West Country Club Dr
Aventura, FL 33180

2. Article Number    7010 1060 0001 2305 2172

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

# COMPLAINT/ARREST AFFIDAVIT

| | | | |
|---|---|---|---|
| SPECIAL OPERATION | ☐FELONY ☒MISD ☐TRAFFIC ☐JUV ☐DV ☐MOVES ☐CIV INF ☐WARRANT  FUGITIVE WARRANT: ☐In state ☐Out of state | JAIL NO. | FHPD ☐Yes ☒No ☐Unknown | COURT CASE NO. |

| SPECIAL OPERATION | | | |
| JOB NO. | AGENCY CODE 085 | MUNICIPAL P.D. DEF. ID NO. | HPD RECORDS AND ID NO. | STUDENT ID NO. | GANG ACTIVITY RELATED ARREST | FRAUD RELATED ARREST |

DEFENDANT'S NAME (Last, First, Middle)
BERGER B-RIS

| DOB (MM/DD/YYYY) | AGE 60 | RACE W | SEX M | ☐Hispanic ☒Not Hispanic ETHNICITY | HEIGHT 600 | WEIGHT 210 | HAIR COLOR MIX | HAIR LENGTH LNG | HAIR STYLE STR | EYES BRO | GLASSES ☒Yes ☐No | FACIAL HAIR FUL | TEETH NOR |

ALIAS and / or STREET NAME

SIGNAL: ☐100 ☐150 ☐200 ☐300 ☐400 ☐500

SCARS, TATTOOS, UNIQUE PHYSICAL FEATURES (Location, Type, Description)
NONE VISIBLE

PLACE OF BIRTH (City, State/Country)
HALLANDALE, FL/US

LOCAL ADDRESS (Street, Apt. Number)   (City)   (State)   (Zip)   PHONE   CITIZENSHIP
SAME AS BELOW   ( )   US

PERMANENT ADDRESS (Street, Apt. Number) ☐HOMELESS ☐UNKNOWN   (City)   (State/Country)   (Zip)   PHONE   OCCUPATION
1291 METTLER RD   HUNTINGDON   PA   19006   (215)292-1999   UNKNOWN

☐ BUSINESS  OR  ☐ SCHOOL NAME AND ADDRESS   (Street)   (City)   (State/Country)   (Zip)   PHONE   ADDRESS SOURCE: ☒DL
( )   ☐ Verbal

| DRIVER'S LICENSE NUMBER/STATE PA- 32702551 | SOCIAL SECURITY NO. | WEAPON SEIZED? Type ☐Yes ☐No | If Def. has Concealed Weapons Permit. PERMIT # W- | INDICATION OF: Y N UNK Alcohol Influence ☐☐☐ Drug Influence ☐☐☐ |

| ARREST DATE (MM/DD/YYYY) 01/22/2014 | ARREST TIME (Hi-Min) 1950 | ARREST LOCATION (Include name of business) AVENTURA POLICE STATION 19200 W. COUNTRY CLUB DR. AVENTURA, FL 33180 | GRID 3138 |

| CO-DEFENDANT NAME (Last, First, Middle) | | DOB (MM/DD/YYYY) | ☐IN CUSTODY ☐FELONY ☐JUVENILE ☐AT LARGE ☐DV ☐MISDEMEANOR |
| 1. | | | ☐IN CUSTODY ☐FELONY ☐JUVENILE ☐AT LARGE ☐DV ☐MISDEMEANOR |
| 2. CO-DEFENDANT NAME (Last, First, Middle) | | DOB (MM/DD/YYYY) | ☐IN CUSTODY ☐FELONY ☐JUVENILE ☐AT LARGE ☐DV ☐MISDEMEANOR |
| 3. | | | ☐IN CUSTODY ☐FELONY ☐JUVENILE ☐AT LARGE ☐DV ☐MISDEMEANOR |

JUV only ☐Parent ☐Guardian ☐Foster Care   (Name)   (Street, Apt. Number)   (City)   (State/Country)   (Zip)   (Phone)   Collected? ☐Yes ☐No

| CHARGES | CHARGE AS: | COUNTS | FL STATUTE NUMBER | VIOL OF SECT | CODE OF | UCR | DV | WARRANT TYPE OR TRAFFIC CITATION |
|---|---|---|---|---|---|---|---|---|
| M/1- DISORDERLY CONDUCT / BREACH OF THE PEACE | ☒F.S. ☐DFD | 1 | 877.03 | | | | N | ☐AG ☐CAPIAS ☐BW ☐PW ☐DW PU ☐AW ☐DVW ☐WRIT CASE #: |
| 2. | ☐F.S. ☐DFD | | | | | | | ☐AG ☐CAPIAS ☐BW ☐PW ☐DW PU ☐AW ☐DVW ☐WRIT CASE #: |
| 3. | ☐F.S. ☐DFD | | | | | | | ☐AG ☐CAPIAS ☐BW ☐PW ☐DW PU ☐AW ☐DVW ☐WRIT CASE #: |
| 4. | ☐F.S. ☐DFD | | | | | | | ☐AG ☐CAPIAS ☐BW ☐PW ☐DW PU ☐AW ☐DVW ☐WRIT CASE #: |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of laws

On the 22 day of JANUARY 20 14 at 1946 (hrs.) at (AVENTURA POLICE STATION) 19200 W COUNTRY CLUB DR. FL 33180 (Narrative, be specific)

I RESPONDED TO THE AVENTURA POLICE DEPARTMENT REFERENCE A MALE AND FEMALE THAT WANTED INFORMATION ON A FAMILY MEMBER. UPON ARRIVAL, THE MALE WAS REQUESTING INFORMATION ON A FAMILY MEMBER THAT HE IS LOOKING FOR. I ADVISED THE MALE MR. BERGER, THAT WE JUST CAN NOT GIVE OUT INFORMATION ON PEOPLE, THAT THERE IS A PROCEDURE THAT WE MUST FOLLOW. WHILE IN THE PERIOD WAITING FROM THE MALE, MR. BERGER BECAME COMBATIVE YELLING AT THIS OFFICER. I REQUESTED MY SUPERVISOR TO THE STATION REFERENCE HIS ACTIONS. AFTER SGT SCOTT RESPONDED, SGT SCOTT MADE SEVERAL ATTEMPTS TO HELP THE IRATE MALE. AT ONE POINT SGT SCOTT CALLED ANOTHER FAMILY MEMBER. THE FAMILY MEMBER STATED THAT THEY ARE BEING ...

PAGE 1 of 2

| HOLD FOR OTHER AGENCY Name: | VERIFIED BY | ☐ HOLD FOR (See notes on back) ☐ DO NOT BOND OUT (see notes on back) | ☐ I understand that should I initially fail to appear before the court as required by this notice to appear that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notices concerning the time, date, and place of court hearings should be sent to the above address. I agree that it is my responsibility to notify Clerk of the Court (Jurisdiction only Juvenile Diversion Program) that my address changes. |
| I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT. | | SWORN AND SUBSCRIBED BEFORE ME THE UNDERSIGNED AUTHORITY THIS 23 DAY OF JAN 2014 | |
| OFFICER'S / COMPLAINANT'S SIGNATURE J. CRAIG | COURT ID NUMBER/LOC. CODE 00187 (085) AGENCY NAME A.P.D | Deputy of the Court / Notary Public | You need not appear in court, but must comply with the instructions on the reverse side hereof. |
| NAME (Printed) J. CRAIG | | | Signature of Defendant / Juvenile and Parent or Guardian |

22.02.00-9  Rev. 04/08   (right thumb print)

EXHIBIT "B"

| COMPLAINT/ARREST AFFIDAVIT CONTINUATION | POLICE CASE NO. 14-000467 |
|---|---|

OSTS NUMBER

JAIL NO.                                      COURT CASE NO.

| IDS NO. | AGENCY CODE 085 | MUNICIPAL P.D. DEF. ID NO. | MDPD RECORDS AND ID NO. |
|---|---|---|---|

DEFENDANT'S NAME (LAST, FIRST, MIDDLE)
BEPLER, BORIS                                                    DOB (MM/DD/YYYY) 10/18/1953

| ADDITIONAL CO-DEFENDANT NAME (Last, First, Middle) 5. | DOB (MM/DD/YYYY) | ☐ IN CUSTODY ☐ FELONY ☐ JUVENILE ☐ AT LARGE ☐ DV ☐ MISDEMEANOR |
|---|---|---|
| ADDITIONAL CO-DEFENDANT NAME (Last, First, Middle) 6. | DOB (MM/DD/YYYY) | ☐ IN CUSTODY ☐ FELONY ☐ JUVENILE ☐ AT LARGE ☐ DV ☐ MISDEMEANOR |

| ADDITIONAL CHARGES | CHARGE AS: | COUNTS | FL STATUTE NUMBER | VIOL. OF BEGT | CODE OF | UCR | DV | WARRANT TYPE OR TRAFFIC CITATION |
|---|---|---|---|---|---|---|---|---|
| 5. | ☐ F.S. ☐ ORD | | | | | | | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐JUV PU ☐AW ☐DW ☐WRIT CASE #: |
| 6. | ☐ F.S. ☐ ORD | | | | | | | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐JUV PU ☐AW ☐DW ☐WRIT CASE #: |
| 7. | ☐ F.S. ☐ ORD | | | | | | | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐JUV PU ☐AW ☐DW ☐WRIT CASE #: |
| 8. | ☐ F.S. ☐ ORD | | | | | | | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐JUV PU ☐AW ☐DW ☐WRIT CASE #: |

HARASSED BY THIS WHILE OVER MONEY. SGT SCOTT ATTEMPTED TO CALM HIM DOWN, BUT HE REFUSED.
DUE TO HIS YELLING AT US, SEVERAL OFFICERS RESPONDED OUT TO THE LOBBY TO SEE WHAT WAS
GOING ON. MR. BEPLER CONTINUED HIS DISTURBANCE. DUE TO BEPLER'S ESCALATING AGITATION AND
DISRUPTIVE BEHAVIOR, HE WAS TAKEN INTO CUSTODY AND ARRESTED.

PAGE 2 OF 2

| HOLD FOR OTHER AGENCY Name: | VERIFIED BY | ☐ HOLD FOR BOND HEARING. DO NOT BOND OUT (Officer Must Attend Bond Hearing). | ☑ I understand that should I wilfully fail to appear before the court as required by this notice to appear that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notice concerning the time, date, and place of all court hearings should be sent to the above address. I agree, that it is my responsibility to notify Clerk of the Court (Juveniles notify Juvenile Division) anytime that my address changes. |
|---|---|---|---|
| I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT. | 00187 (085) COURT ID NUMBER/LOC. CODE | SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS 23 DAY OF JAN 2014 | ☐ You need not appear in court, but must comply with the instructions on the reverse side hereof. |
| OFFICER'S / COMPLAINANT'S SIGNATURE J. KING | A.P.D. AGENCY NAME | Deputy or the Court or Notary Public | Signature of Defendant / Juvenile and Parent or Guardian |
| NAME (Printed) | | | |

32.02.09-9   Rev. 05/06

| OFFICER NAME | Evidence Confiscated (Y/N) | Dist/Section | I.D. No. | Phone | Cell | Pager | Shift (Days Off/Duty Hrs.) |
|---|---|---|---|---|---|---|---|
| ☐LEAD ☐RESPONDING ☐ARRESTING ☐TRANSPORTING | DUI ONLY: | ☐(W) ☐(RS) ☐(B) ☐(M) ☐(MW) ☐(IC) ☐(ICW) ☐(BAFF) ☐(BAFFW) ☐(DRE) ☐(20MINOBS) | | | | | |
| OFFICER NAME | Evidence Confiscated (Y/N) | Dist/Section | I.D. No. | Phone | Cell | Pager | Shift (Days Off/Duty Hrs.) |
| ☐LEAD ☐RESPONDING ☐ARRESTING ☐TRANSPORTING | DUI ONLY: | ☐(W) ☐(RS) ☐(B) ☐(M) ☐(MW) ☐(IC) ☐(ICW) ☐(BAFF) ☐(BAFFW) ☐(DRE) ☐(20MINOBS) | | | | | |
| OFFICER NAME | Evidence Confiscated (Y/N) | Dist/Section | I.D. No. | Phone | Cell | Pager | Shift (Days Off/Duty Hrs.) |
| ☐LEAD ☐RESPONDING ☐ARRESTING ☐TRANSPORTING | DUI ONLY: | ☐(W) ☐(RS) ☐(B) ☐(M) ☐(MW) ☐(IC) ☐(ICW) ☐(BAFF) ☐(BAFFW) ☐(DRE) ☐(20MINOBS) | | | | | |
| OFFICER NAME | Evidence Confiscated (Y/N) | Dist/Section | I.D. No. | Phone | Cell | Pager | Shift (Days Off/Duty Hrs.) |
| ☐LEAD ☐RESPONDING ☐ARRESTING ☐TRANSPORTING | DUI ONLY: | ☐(W) ☐(RS) ☐(B) ☐(M) ☐(MW) ☐(IC) ☐(ICW) ☐(BAFF) ☐(BAFFW) ☐(DRE) ☐(20MINOBS) | | | | | |

☐VICTIM ☐WITNESS ☐OWNER   FOR DV ONLY: (1) Relationship to defendant: _____ ; (2) ☐DCF contacted; (3) ***list all child witnesses

Name (Last)                (First)              (Middle)                (Race)                (Sex)        (Date of Birth)

**OTHER PHONE #'S**

Home Address (Street, Apt. Number)                (City)        (State)    (Zip)    (Phone)

_____ Cell

Business or Other Address                (City)        (State)    (Zip)    (Phone)

_____ Pgr

Address Source: ☐Verbal ☐Driver's License ☐Voter's I.D. ☐Other _____ D.L.# 

_____ Wrk

Synopsis of Testimony:

☐VICTIM ☐WITNESS ☐OWNER   FOR DV ONLY: (1) Relationship to defendant: _____ ; (2) ☐DCF contacted; (3) ***list all child witnesses

Name (Last)                (First)              (Middle)                (Race)                (Sex)        (Date of Birth)

**OTHER PHONE #'S**

Home Address (Street, Apt. Number)                (City)        (State)    (Zip)    (Phone)

_____ Cell

Business or Other Address                (City)        (State)    (Zip)    (Phone)

_____ Pgr

Address Source: ☐Verbal ☐Driver's License ☐Voter's I.D. ☐Other _____ D.L.# 

_____ Wrk

Synopsis of Testimony:

☐VICTIM ☐WITNESS ☐OWNER   FOR DV ONLY: (1) Relationship to defendant: _____ ; (2) ☐DCF contacted; (3) ***list all child witnesses

Name (Last)                (First)              (Middle)                (Race)                (Sex)        (Date of Birth)

**OTHER PHONE #'S**

Home Address (Street, Apt. Number)                (City)        (State)    (Zip)    (Phone)

_____ Cell

Business or Other Address                (City)        (State)    (Zip)    (Phone)

_____ Pgr

Address Source: ☐Verbal ☐Driver's License ☐Voter's I.D. ☐Other _____ D.L.# 

_____ Wrk

Synopsis of Testimony:

☐VICTIM ☐WITNESS ☐OWNER   FOR DV ONLY: (1) Relationship to defendant: _____ ; (2) ☐DCF contacted; (3) ***list all child witnesses

Name (Last)                (First)              (Middle)                (Race)                (Sex)        (Date of Birth)

**OTHER PHONE #'S**

Home Address (Street, Apt. Number)                (City)        (State)    (Zip)    (Phone)

_____ Cell

Business or Other Address                (City)        (State)    (Zip)    (Phone)

_____ Pgr

Address Source: ☐Verbal ☐Driver's License ☐Voter's I.D. ☐Other _____ D.L.# 

_____ Wrk

Synopsis of Testimony: _____

IN THE CIRCUIT AND COUNTY COURTS OF THE ELEVENTH JUDICIAL CIRCUIT OF FLORIDA

IN AND FOR MIAMI-DADE COUNTY

I, HARVEY RUVIN, CLERK OF THE CIRCUIT AND COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT OF FLORIDA, IN AND FOR MIAMI-DADE COUNTY, DO HEREBY CERTIFY THAT A DILIGENT EXAMINATION OF THE FELONY, MISDEMEANOR AND NON CRIMINAL VIOLATION FILES AND RECORDS IN MY OFFICE REGARDING:

NAME: BERLER, BORIS
DATE OF BIRTH: 10/18/195█
RACE: WHITE       SEX: MALE
YEARS RESEARCHED: 2013 - 2014

INDICATES THE FOLLOWING:

| CASE NUMBER | CITATION/<br>ARREST /<br>FILE<br>DATE | CHARGES | DISPOSITION | DISPO DATE |
|---|---|---|---|---|

BERLER, BORIS
B14004053    01/22/2014  DISORDERLY CONDUCT      NOLLE PROS      04/24/2014

PURSUANT TO FLORIDA RULES OF COURT (RULE 2.430), RETENTION OF COURT RECORDS, THE REQUIREMENT FOR RETAINING MISDEMEANOR CASES IS 5 YEARS, AND FELONY CASES (NOT ADJUDICATED GUILTY) IS 10 YEARS. THEREFORE, THE ABOVE FILE(S) IS/ARE UNAVAILABLE IF ANY OF THEM HAVE AN APPLICABLE DISPOSITION DATE.

WITNESS MY HAND AND THE SEAL OF THE COURT AT MIAMI, MIAMI-DADE COUNTY, FLORIDA, THIS 25 DAY OF       APRIL, 2014.

HARVEY RUVIN, CLERK
CIRCUIT AND COUNTY COURTS
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

BY: _____
DEPUTY CLERK

PAGE: 001

EXHIBIT "C"

LAW OFFICES
# LAWRENCE J. SHAPIRO & ASSOCIATES
PROFESSIONAL ASSOCIATION

Latitude One, Suite 1600
175 S.W. 7th Street
Miami, Florida 33130                                        E-Ma
Miami-Dade Telephone: (305) 379-3111
Miami-Dade Facsimile: (305) 577-3438

February 28, 2017

VIA CERTIFIED MAIL
RETURN RECEIPT

City of Aventura
c/o Legal Department – City Attorney
19200 West Country Club Drive
Aventura, Florida 33180

                          **RENEWED NOTICE OF C**

**Re: Pre-Suit Notification of Claim Pursuant to Florida S**
**Claimants: Barry Boris Berler & Sally Berler**
**Dates of Birth for Claimants: Barry Boris Berler** ██████
**Places of Birth for Claimants: Barry Boris Berler: Lvov**
**Ukraine) & Sally Berler: Casablanca, Morrocco**
**Social Security Number for Claimants: Barry Boris Berler:** █████-70-109█ **& Sally Berler:**
██70-79-████

**Adjudicated Unpaid Claims Owed by the Claimants: None**

Dear Sir/Madam:

As you have been previously been made aware, the undersigned attorney working in conjunction
with Steven K. Schwartz, Esq. of the Law Offices of Steven K. Schwartz, P.A. have been duly
engaged by Borris Berler and Sally Berler, his wife (collectively "Claimants"), related to the
injuries and losses specified in the January 11, 2017 "Notice of Claim". I am once again
providing a copy of the previously submitted notice on behalf of the Claimants. The United
States Postal Service records indicate that the Notice of Claim was received by the City of
Aventura on January 17, 2017 – yet to date we have not received any reply or disclosure of
insurance coverage as previously requested.

EXHIBIT "D"

City of Aventura
c/o Legal Department – City Attorney
19200 West Country Club Drive
Aventura, Florida 33180

February 28, 2017
Page 2.

Please see to it that this renewed notice of claim is forwarded to any insurance carrier who may provide coverage for the acts set forth within the January 11, 2017 "Notice of Claim". In addition, please provide disclosure of such coverage as follows:

In accordance with Florida Statute 627.4137 (formerly F.S. 627.7264), we hereby request a sworn statement setting forth the following information with regard to each known policy of insurance including excess or umbrella insurance, which does or will provide coverage for the acts and injuries complained of, as follows:

A. The name of the insured;
B. The name of the insurer;
C. The limits of liability coverage;
D. A statement of any policy or coverage defenses which said insurer reasonably believes is available to said insurer at the time of filing said statement;
E. A copy of the policy.

By virtue of courtesy copy of this correspondence, we are once again placing the Florida Department of Insurance on notice of this claim. While we recognize that the City of Aventura and/or the Department of Insurance shall have up to six months in which to respond to the initial notice of claim, we ask for the courtesy of a response to our previously submitted notice of claim and pre-suit demand within the next thirty (30) days.

Respectfully,

Lawrence J. Shapiro

cc: Florida Dept. of Insurance

Additional Copies Furnished to:

Elisa M. Horvath, City Clerk
Eric M. Soroka, City Manager

LAW OFFICES
# LAWRENCE J. SHAPIRO & ASSOCIATES
PROFESSIONAL ASSOCIATION



Latitude One, Suite 1600
175 S.W. 7th Street
Miami, Florida 33130
Miami-Dade Telephone: (305) 379-3111
Miami-Dade Facsimile: (305) 577-3438

E-Mail:L

February 28, 2017

VIA CERTIFIED MAIL
RETURN RECEIPT

City of Aventura
c/o Legal Department – City Attorney
19200 West Country Club Drive
Aventura, Florida 33180

## RENEWED NOTICE OF CLAIM

**Re: Pre-Suit Notification of Claim Pursuant to Florida Statute 768.28**
**Claimants: Barry Boris Berler & Sally Berler**
**Dates of Birth for Claimants: Barry Boris Berler** ██████ **& Sally Berler** ████████
**Places of Birth for Claimants: Barry Boris Berler: Lvov, Poland (currently part of Ukraine) & Sally Berler: Casablanca, Morrocco**
**Social Security Number for Claimants: Barry Boris Berler:** ████████ **& Sally Berler:** ████████

**Adjudicated Unpaid Claims Owed by the Claimants: None**

Dear Sir/Madam:

As you have been previously been made aware, the undersigned attorney working in conjunction with Steven K. Schwartz, Esq. of the Law Offices of Steven K. Schwartz, P.A. have been duly engaged by Borris Berler and Sally Berler, his wife (collectively "Claimants"), related to the injuries and losses specified in the January 11, 2017 "Notice of Claim". I am once again providing a copy of the previously submitted notice on behalf of the Claimants. The United States Postal Service records indicate that the Notice of Claim was received by the City of Aventura on January 17, 2017 – yet to date we have not received any reply or disclosure of insurance coverage as previously requested.